UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X

HAE Y. PARK

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA

                Defendant.

---------------------------------------------------------X

Index No.

**COMPLAINT**

      Plaintiff, HAE Y. PARK complaining of the defendant, THE UNITED STATES OF AMERICA, by his attorneys, FRANZBLAU DRATCH, P.C. respectfully alleges upon information and belief as follows:

      1.    At the time of the commencement of this action, plaintiff is and was a resident of Leonia, New Jersey

      2.    This cause of action arises from negligence that occurred on December 10, 2015 while plaintiff was operating her vehicle on Grand Avenue in the Town of Leonia, State of New Jersey.

      3.    This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) and 28 U.S.C. § 2671, *et. seq.* and 39 U.S.C. § 409.

      4.    That on or about February 6, 2016, , plaintiff caused to have an administrative claim to be filed with the United States Postal Service

      5.    That defendant denied plaintiff's claim by letter dated September 14, 2017.

      6.    That this action is being commenced within six (6) months of receiving the denial of plaintiff's administrative claim

7. On December 10, 2015, at approximately 12:30 p.m. plaintiff was operating her vehicle on Grand Avenue in the Town of Leonia

8. On December 10, 2015 at approximately 12:30 p.m., an employee of defendant was operating a postal truck, identification No. 6400353 in the Town of Leonia, State of New Jersey.

9. On the above date and time, defendant's employee made a left turn out of parking lot striking plaintiff's vehicle

10. Defendant owed a duty of care to provide plaintiff to drive in a safe manner.

11. Defendant breached its duty to plaintiff in that defendant's employee failed to yield to plaintiff's vehicle, when plaintiff had the right of way which caused the collision.

12. As a proximate cause of the defendant's negligence in failing to to drive in a safe manner, plaintiff sustained severe injuries of a permanent nature preventing the plaintiff from performing his normal activities of life and business resulting in great pain to his mind and body, loss of enjoyment of life and resulting in his incurring substantial expenses for medical care, hospitalization, loss of earning capacity and other expenses occasioned by injuries and disability sustained by him as a result of the aforementioned, together with the costs and disbursements to abide the event.

**WHEREFORE,** plaintiff demands judgment against the defendant for the following relief:

(A) Damages;

(B) Costs;

(C) Interest;

(D) for such other relief as the Court deems just and proper

DATED: December 15, 2017

FRANZBLAU DRATCH, P.C.

By: _____
BRIAN M. DRATCH
Attorneys for Plaintiff
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 992-3700

To: The United States of America
C/o Attorney General of the the State of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

The Honorable Jeffrey Sessions
Attorney General of the United States United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

00086895 - 1